BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

SEALED

FILED

DEC 0 7 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

ALL FUNDS MAINTAINED AT SCOTTRADE BROKERAGE ACCOUNT NUMBER 55530461, HELD IN THE NAME GLEN E. MEYERS, IN AN AMOUNT INCLUDING $85,379.40 IN DEPOSITS AND ANY DIVIDENDS OR INCREASES IN VALUE OF STOCK PURCHASED WITH SUCH FUNDS, AS WELL AS DEPOSITS MADE TO THE ACCOUNT BETWEEN SEPTEMBER 27, 2011 AND MARCH 20, 2012 (INCLUSIVE) IN ADDITION TO THE $127,675.49 PREVIOUSLY FROZEN PURSUANT TO SEIZURE WARRANT 2:12-SW-0140-EFB,

Defendant.

2:12-SW-00839-EFB

ORDER RE: REQUEST TO SEAL DOCUMENTS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit underlying the seizure warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with

///

1   the exception that a copy of the seizure warrants will be left at the scene of the seizure.
2   This order shall also be filed under seal until otherwise ordered by this Court.

Date: 12/7, 2012

EDMUND F. BRENNAN
United States Magistrate Judge