**SEALED**

BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

DEC 07 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:12-SW 00839 EFB

In re Search Warrant,

All funds maintained at Scottrade brokerage account number 55530461, held in the name GLEN E. MEYERS, in an amount including $85,379.40 in deposits and any dividends or increases in value of stock purchased with such funds, as well as deposits made to the account between September 27, 2011 and March 20, 2012 (inclusive) in addition to the $127,675.49 previously frozen pursuant to Seizure Warrant 2:12-SW-0140 EFB.

) **ORDER TO NEGOTIATE MONEY**
) **ORDERS**

### ORDER

For the reasons set forth in the Government's Application, the Court hereby grants the Government authority to negotiate the following money orders and maintain the resulting funds pending further forfeiture proceedings:

    a.    Western Union Money Order number 14-461628878 issued March 15, 2012, in the amount of $500.00;
    b.    Western Union Money Order number 14-461628877 issued March 15, 2012, in the amount of $500.00;
    c.    Western Union Money Order number 14-412573832 issued March 15, 2012, in the amount of $500.00;

d. Western Union Money Order number 14-412573831 issued March 15, 2012, in the amount of $500.00;
e. Western Union Money Order number 14-475806887 issued March 16, 2012, in the amount of $500.00;
f. Western Union Money Order number 14-475806886 issued March 16, 2012, in the amount of $500.00;
g. Western Union Money Order number 47-010789477 issued March 18, 2012, in the amount of $500.00;
h. Western Union Money Order number 47-010789478 issued March 18, 2012, in the amount of $500.00;
i. Western Union Money Order number 14-412573836 issued March 18, 2012, in the amount of $500.00;
j. Western Union Money Order number 14-412573837 issued March 18, 2012, in the amount of $500.00;
k. Western Union Money Order number 14-460244195 issued March 19, 2012, in the amount of $500.00;
l. Western Union Money Order number 14-460244194 issued March 19, 2012, in the amount of $500.00; and
m. Western Union Money Order number 14-442897265 issued March 19, 2012, in the amount of $500.00.

**IT IS HEREBY ORDERED.**

Dated: 12-7-2012

EDMUND F. BRENNAN
United States Magistrate Judge